[Department Two. — October 12, 1883.]

## THOMAS B. HUTCHINGS, Administrator of the Estate of Hovey Hutchings, Deceased, Respondent, v. J. W. CLARK, Appellant.

Attorney in Fact — Power — Satisfaction of Mortgage. — A written power authorizing an attorney in fact to satisfy mortgages, and to make, execute, and deliver all and any instruments in writing necessary therefor, does not authorize the attorney to enter satisfaction of a mortgage given to his principal, until the debt secured by it is paid.

APPEAL from a judgment of the Superior Court of the county of Los Angeles, and from an order refusing a new trial.

Suit for foreclosure of mortgage. The mortgage in suit was executed by one J. S. Hutchings to the plaintiffs decedent, Hovey Hutchings. Subsequent to the excution of the mortgage Hovey Hutchings executed a power of attorney to J. S. Hutchings, authorizing him, among other things, to collect and receive all moneys due him, " and to satisfy judgments and mortgages, and to make, execute, and deliver all and any instruments of writing necessary therefor." Under this power J. S. Hutchings entered a satisfaction of the mortgage, upon the margin of the record, in the office of the county recorder. The debt which the mortgage was given to secure had not been paid. The defendant Clark was a subsequent purchaser.

*Barclay & Wilson*, and *Smith & Hupp*, for Appellant.

*Thom & Stephens*, and *W. L. Wicks*, for Respondent.

PER CURIAM.—The power of attorney did not authorize satisfaction of the mortgage to be entered until the note was paid, and this event never occurred. We find no error in the record, and the judgment and order are affirmed.

Hearing in Bank denied.